**No. D-2511. In the Matter of Disbarment of Pieter J. DeJong.**

563 U.S. 985, 131 S. Ct. 2485, 179 L. Ed. 2d 1241, 2011 U.S. LEXIS 3588.

May 16, 2011. Disbarment entered.

Former order, 562 U.S. 810, 131 S. Ct. 400, 178 L. Ed. 2d 265, 2010 U.S. LEXIS 7639.